1  CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
   KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  christian.picone@berliner.com
   kathleen.sherman@berliner.com
6
   ATTORNEYS FOR DEFENDANT ALI KASHANI
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA, | CASE NO. CR13 00201 DLJ PSG
12 |         Plaintiff,         | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME PERIOD FOR ALI KASHANI TO LODGE THE PROPERTY PACKET WITH THE CLERK OF COURT
13 |         v.                 |
14 | ALI KASHANI and YANG ZHAO, |
15 |         Defendant.         |

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CASE NO. CR13 00201 DLJ PSG
                              -1-
\CEP\1157231.1
041113-NEWNEW        STIPULATION AND ORDER EXTENDING TIME LODGE PROPERTY PACKET

1.     At the detention hearing on April 2, 2013, counsel for Defendant, ALI KASHANI informed the Court that the Property Packet for posting bond for ALI KASHANI would be lodged with the Clerk of the Court by April 16, 2013.

2.     ALI KASHANI has recorded the Deed of Trust and Assignment of Rents with the Santa Clara County Recorder that was necessary for posting the property bond.  However, ALI KASHANI does not have a current preliminary title report showing the priority of the Deed of Trust and Assignment of Rents in favor of the Clerk of the District Court.

3.     Due to difficulty in obtaining a current preliminary title report for the property pledged as bond in this case, the parties agree, subject to the court's approval, to extend the time period for ALI KASHANI to lodge the Property Packet to the Clerk of the Court.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

4. ALI KASHANI shall lodge the Property Packet with the Clerk of the United States District Court by May 9, 2013.

SO STIPULATED.

DATED: APRIL 12, 2013    BERLINER COHEN

BY: /s/Christian E. Picone
    CHRISTIAN E. PICONE
    KATHLEEN F. SHERMAN
    ATTORNEYS FOR DEFENDANT ALI KASHANI

DATED: APRIL 12, 2013

BY: /s/Jeffrey B. Schenk
    JEFFREY B. SCHENK
    ASSISTANT UNITED STATES ATTORNEY

ORDER

The time period for ALI KASHANI to Lodge the property bond packet with the clerk of the court is extended to May 9, 2013. All other conditions of ALI KASHANI's pretrial release remain the same.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 16, 2013

PAUL SINGH GREWAL, MAGISTRATE JUDGE OF
THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR13 00201 DLJ PSG    -3-
STIPULATION AND ORDER EXTENDING TIME LODGE PROPERTY PACKET