1  ROSS ANDREW NABATOFF, FL STATE BAR NO. 0460230
   (PRO HAC VICE)
2  BRAND LAW GROUP, PC
   923 FIFTEENTH STREET, NW
3  WASHINGTON, DC 20005
   TELEPHONE: 202-662-9700
4  FACSIMILE: 202-737-7565
   rnabatoff@brandlawgroup.com
5
   CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
6  KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
   BERLINER COHEN
7  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
8  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
9  FACSIMILE: (408) 998-5388
   christian.picone@berliner.com
10 kathleen.sherman@berliner.com

11 ATTORNEYS FOR DEFENDANT ALI KASHANI

12                UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15 UNITED STATES OF AMERICA,          CASE NO.  CR13 00201 DLJ PSG

16              Plaintiff,            SECOND STIPULATION AND
                                      [PROPOSED] ORDER EXTENDING TIME
17         v.                         PERIOD FOR ALI KASHANI TO LODGE
                                      THE PROPERTY PACKET WITH THE
18 ALI KASHANI and YANG ZHAO,         CLERK OF COURT

19              Defendant.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                    -1-

\CEP\1164143.1
050713-21662001

1.      At the detention hearing on April 2, 2013, counsel for Defendant, ALI KASHANI informed the Court that the Property Packet for posting bond for ALI KASHANI would be lodged with the Clerk of the Court by April 16, 2013.

2.      On April 10, 2013, ALI KASHANI recorded the Deed of Trust and Assignment of Rents with the Santa Clara County Recorder that was necessary for posting the property bond.

3.      On April 16, 2013, this Court extended the time for ALI KASHAN to post the Property Packet with the Clerk of the Court (see docket no. 9).

4.      On April 22, 2013, ALI KASHANI received a Preliminary Title Report for the Property Packet.  The Preliminary Title Report had two entries that required modification.  One entry was fixed; however the second entry appears to require the recording of a deed of reconveyance and substitution of trustee.  ALI KASHANI has made the request to the interested party to record a deed of reconveyance and substitution of trustee.

5.      Therefore, ALI KASHANI requires a second extension to lodge the Property Packet with the Clerk of the United States District Court

///
///
///
///
///
///
///
///
///
///
///
///
///
///

\CEP\1164143.1
050713-21662001

1      6.    The Parties stipulate that ALI KASHANI shall lodge the Property Packet with the

2 Clerk of the United States District Court by June 6, 2013.

3      SO STIPULATED.

4

5 DATED:  MAY 7, 2013        BERLINER COHEN

6

7          BY:  /s/CHRISTIAN E. PICONE
                CHRISTIAN E. PICONE

8                KATHLEEN F. SHERMAN
                ATTORNEYS FOR DEFENDANT ALI KASHANI

9

10 DATED:  MAY 7, 2013

11

12          BY:  /s/JEFFREY B. SCHENK
                JEFFREY B. SCHENK

13                ASSISTANT UNITED STATES ATTORNEY

14

15          ORDER

16      The time period for ALI KASHANI to Lodge the property bond packet with the Clerk of

17 the Court is extended to June 6, 2013. All other conditions of ALI KASHANI's pretrial release

18 remain the same.

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

21 Dated: _May 8, 2013_____

22

23          PAUL SINGH GREWAL, MAGISTRATE JUDGE OF
                THE UNITED STATES DISTRICT COURT FOR THE

24                NORTHERN DISTRICT OF CALIFORNIA

25

26

27

28