1    ROSS A. NABATOFF, WASHINGTON D.C.  BAR NO. 376665
      (PRO HAC VICE)
2    BRAND LAW GROUP, PC
     923 FIFTEENTH STREET, NW
3    WASHINGTON, DC 20005
     TELEPHONE: 202-662-9700
4    FACSIMILE: 202-737-7565
     rnabatoff@brandlawgroup.com
5
     CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
6    KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
     BERLINER COHEN
7    TEN ALMADEN BOULEVARD
     ELEVENTH FLOOR
8    SAN JOSE, CALIFORNIA 95113-2233
     TELEPHONE: (408) 286-5800
9    FACSIMILE: (408) 998-5388
     christian.picone@berliner.com
10   kathleen.sherman@berliner.com

11   ATTORNEYS FOR DEFENDANT ALI KASHANI

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15   UNITED STATES OF AMERICA,            CASE NO.  CR13 00201 DLJ

16              Plaintiff,                STIPULATION AND [] ORDER
                                          FOR A BRIEFING SCHEDULE FOR
17         v.                             DEFENDANTS' MOTIONS TO DISMISS
                                          THE INDICTMENT AND TO VACATE THE
18   ALI KASHANI and YANG ZHAO,           STATUS CONFERENCE

19              Defendant.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

CASE NO.  CR13 00201 DLJ
                                          -1-
4810-8862-7476v1
CEP\21662001
STIPULATION AND ORDER FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE
INDICTMENT AND TO VACATE THE STATUS CONFERENCE

1      1.      Defendants intend to file Motions to Dismiss the Indictment in the above

2  referenced case.  Counsel have conferred and reached a proposed briefing schedule (outlined

3  below).

4      2.      Ali Kashani will file his Motion to Dismiss and supporting documents on or

5  before September 11, 2013.  Yang Zhao will file her Motion to Dismiss and supporting

6  documents on or before September 13, 2013.

7      3.      The Government shall file its Oppositions and supporting documents to the

8  Defendants' motions on or before October 3, 2013.

9      4.      Defendants may each file a Reply on or before October 10, 2013.

10      5.      The Court will hold a hearing on the Defendants Motions to Dismiss the

11  Indictment on October 17, 2013 at 10:00 AM.

12      6.      The Court shall vacate the status conference set for September 12, 2013 at 9:00

13  AM and re-set the status conference with the hearing on the Motions to Dismiss the Indictment on

14  October 17, 2013 at 10:00 AM.

15      7.      Time under the Speedy Trail Act (18 U.S.C. §1363(h)(1)(D)) shall be excluded

16  from the filing of this Stipulation and Order through the conclusion of the hearing or other prompt

17  disposition of the motions.

18          SO STIPULATED.

19

20  DATED:  SEPTEMBER 11, 2013          BERLINER COHEN

21

22                                              BY:    /s/CHRISTIAN E. PICONE
                                                CHRISTIAN E. PICONE
23                                              KATHLEEN F. SHERMAN
                                                ATTORNEYS FOR DEFENDANT ALI KASHANI

24  DATED:  SEPTEMBER 10, 2013          SWANSON & MCNAMARA LLP

25

26                                              BY:    /s/EDWARD W. SWANSON
                                                EDWARD W. SWANSON
27                                              NATHAN BAYS
                                                ATTORNEYS FOR DEFENDANT YANG ZHAO
28

CASE NO.  CR13 00201 DLJ                          -2-

STIPULATION AND ORDER FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE
INDICTMENT AND TO VACATE THE STATUS CONFERENCE

1    DATED:  SEPTEMBER 11, 2013

2

3                                    BY:   /S/JEFFREY B. SCHENK
                                          JEFFREY B. SCHENK
4                                          ASSISTANT UNITED STATES ATTORNEY

5                                    ORDER

6

7        The status conference set September 12, 2013 at 9:00 AM is vacated.  The court sets a

8    further status conference and a hearing on Defendants' Motions to Dismiss the Indictment for

9    October 17 at 10:00 AM.  The court adopts the briefing schedule outline in the Stipulation.  Time

10   under the Speedy Trail Act (18 U.S.C. §1363(h)(1)(D)) shall be excluded from the filing of this

11   Stipulation and Order through the conclusion of the hearing or other prompt disposition of the

12   motions.

13            PURSUANT TO STIPULATION, IT IS SO ORDERED.

14
     Dated:_____
15

16   _____

17   D. LOWELL JENSEN
     JUDGE OF THE UNITED STATES DISTRICT COURT
18   FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

**CASE NO.  CR13 00201 DLJ**
                                          -3-
STIPULATION AND ORDER FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE
INDICTMENT AND TO VACATE THE STATUS CONFERENCE