1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   AMIE ROONEY (CABN 215324)
5  Assistant United States Attorney

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5061
       FAX: (408) 535-5066
8      Jeffrey.b.schenk@usdoj.gov
       Amie.Rooney@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,        )  NO. CR-13-00201-DLJ
15                                  )
          Plaintiff,                )  STIPULATION AND [] ORDER
16                                  )  VACATING PRETRIAL CONFERENCE AND
       v.                           )  TRIAL DATES, SETTING STATUS HEARING,
17                                  )  AND EXCLUDING TIME FROM MAY 15, 2014
   ALI KASHANI,                     )  TO MAY 29, 2014
18                                  )
          Defendant.                )
19                                  )

20

21     On May 15, 2014, the parties are scheduled to appear for a pretrial conference hearing before this

22  Court. On June 2, 2014, trial in the above-captioned matter is scheduled to commence. Herein the

23  parties request that this Court vacate both of the above dates and set this matter for a status

24  hearing/arraignment on May 29, 2014, or as soon thereafter at the Court's convenience, for a possible

25  arraignment on new charges.

26     The government has informed the defendant that it intends to present this matter to the Grand

27  Jury seeking a Superseding Indictment. Further, defendant has not yet received documents from two

28  government agencies by means of Fed. R. Crim. P. 17 subpoenas. Resolution of the production of

ORDER VACATING TRIAL DATES AND EXCLUDING TIME
CASE NO. CR-13-00201-DLJ
NON-BC\21662001

documents may require defendant seeking compliance from the court. Counsel for the government and for the defendant request that time be excluded under the Speedy Trial Act between May 15, 2014 and May 29, 2014 because this period of time is necessary for effective preparation of counsel.

DATED: May 7, 2014                              MELINDA HAAG
                                                United States Attorney

                                                __/s/_____
                                                JEFF SCHENK
                                                AMIE ROONEY
                                                Assistant United States Attorneys

DATED: May 7, 2014                              BERLINER COHEN

                                                __/s/_____
                                                CHRISTIAN PICONE
                                                KATHLEEN SHERMAN
                                                Attorneys for Dr. Ali Kashani

## ORDER

Based upon the representation of counsel and for good cause shown, the Court vacates both the final pretrial conference currently scheduled for May 15, 2014, and the trial scheduled to commence on June 2, 2014. The Court sets this matter for a status hearing/arraignment on May 29, 2014. The Court further finds that failing to exclude the time between May 15, 2014 and May 29, 2014 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 15, 2014 and May 29, 2014 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 15, 2014 and May 29, 2014 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).,

DATED: 5/14/14                                  _____
                                                D. LOWELL JENSEN
                                                United States District Judge