1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   AMIE ROONEY (CABN 215324)
5  Assistant United States Attorney

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5061
        FAX: (408) 535-5066
8       Jeffrey.b.schenk@usdoj.gov
        Amie.Rooney@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,          ) NO. CR-13-00201-DLJ
15                                    )
        Plaintiff,                    ) STIPULATION AND [] ORDER
16                                    ) CONTINUING STATUS CONFERENCE AND
        v.                            ) EXCLUDING TIME FROM JUNE 19, 2014 TO
17                                    ) JULY 24, 2014
   ALI KASHANI,                       )
18                                    )
        Defendant.                    )
19 _____   )

20      On June 19, 2014, the parties are scheduled to appear for a status conference hearing before this

21 Court. Herein the parties request that this Court vacate the above date, and set this matter for a status

22 hearing on July 24, 2014, or as soon thereafter at the Court's convenience, for an update from the parties

23 as to the status of the case, and possible arraignment on new charges.

24      The government has informed the defendant that it intends to present this matter to the Grand

25 Jury seeking a Superseding Indictment. The government delayed this presentment, while the parties

26 attempted to negotiate a resolution of this matter. The parties' efforts to resolve the case are ongoing.

27 Counsel for the government and for the defendant request that time be excluded under the Speed Trial

28

Order Continuing Status Conference and Excluding Time
CR-13-00201-DLJ

Act between June 19, 2014 and July 24, 2014 because this period of time is necessary for effective preparation of counsel.

DATED: June 17, 2014            MELINDA HAAG
United States Attorney

__/s/_____
JEFF SCHENK
AMIE ROONEY
Assistant United States Attorneys

DATED: June 16, 2014            BERLINER COHEN

__/s/_____
CHRISTIAN PICONE
KATHLEEN SHERMAN
Attorneys for Dr. Ali Kashani

## ORDER

Based upon the representation of counsel and for good cause shown, the Court vacates both the status conference currently scheduled for June 19, 2014.  The Court sets this matter for a status hearing on July 24, 2014.  The Court further finds that failing to exclude the time between June 19, 2014 and July 24, 2014 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 19, 2014 and July 24, 2014 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between June 19, 2014 and July 24, 2014 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: Î ⊞ ï ⊞ı            _____
D. LOWELL JENSEN
United States District Judge

Order Continuing Status Conference and Excluding Time
CR-13-00201-DLJ